105 A.3d 1256

**Joseph James TAYLOR, Appellant**

v.

**Patrick CURRAN, Sergeant, Michael Wenerowicz, Warden, John E. Wetzel, Secretary of Corrections, Tom Corbett, Governor, Appellees.**

Supreme Court of Pennsylvania.

Dec. 15, 2014.

Joseph J. Taylor, Philadelphia, pro se.

Ronald William Chadwell, Pennsylvania Department of Corrections, for Curran, Patrick, Department of Corrections, and Wenerowicz, Michael.

## *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of December, 2014, the Order of the Commonwealth Court is AFFIRMED.